# *Janice H. Machler, M.A.*

Licensed Mental Health Counselor
National Certified Counselor
Licensed Marriage & Family Therapist
Certified Addictions Professional
November 9, 2007

Brandon T. Maxon
United States Probation Officer
United States Probation Office
75 Clinton Street, Room 105
Brooklyn, New York 11201-4201

                           RE: Donaghy, Timothy F.
                           DOB: 01/07/1967
                           SSN: 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

Dear Mr. Maxon:

This is a follow-up to our telephone conversation on Wednesday.

Mr. Donaghy continues to present for therapy sessions, one-half hour every other week. He arrives promptly and participates appropriately. He believes that he is feeling stronger and is in the process of reducing his anti-depressant, Lexapro. I have cautioned him to reduce the medicine very slowly and to be watchful for signs of the return of depression.

He reports that he has maintained his abstinence from gambling, and says that he has not gambled since May 2007. He denies any urges to gamble. He does not attend Gambler's Anonymous, believing that there would be no anonymity for him. As with all addictions, there is always the possibility of relapse. With this in mind, his prognosis is guarded.

It is my opinion that he is sincerely motivated to change. He is acutely aware of the losses that have resulted from his previous behaviors and tendencies. There is considerable anxiety as he contemplates the major changes in his life. He is attempting to handle these with minimal disruption to his family. He feels remorse for those he has let down and for the impact of his actions upon others. He is hoping that his future life will allow him opportunities to compensate for the wrongs that he has committed.

I will see Mr. Donaghy again on November 28, 2007.

                          Sincerely,

                          Janice H. Machler, LMHC, LMFT, CAP, NCGCII

JHM/mm

6740 Crosswinds Dr. N. • Suite B • St. Petersburg, FL 33710 • (727) 381-5775
Towne Centre • 587 S. Duncan Ave. • Clearwater, FL 33756 • (727) 461-1454

**EXHIBIT B**