# Stephen Block

51 Stanley Circle, Staten Island, New York 10308
Phone (718) 984-5403     Cell (917) 846-1933
E-mail SMB512@aol.com

**Professional Experience**

October 2003 – Present
S.A.F.E., Brooklyn, New York
**Addiction Specialist**

- Counsel problem and compulsive gamblers and substance abusers, individually and in groups, in a community-based outpatient treatment center

December 1995 – July 2007
Gamblers' Treatment Center, Staten Island, New York
**Counselor/Outreach and Education Specialist**

- Counsel problem and compulsive gamblers and significant others, individually and in groups, in a state-funded outpatient treatment program
- Assess, evaluate and provide treatment to probation and parole clients
- Prepare forensic reports and provide testimony in State and Federal Courts in gambling related cases
- Certified as an Expert Witness on Pathological Gambling – U.S. District Court EDNY
- Provide education and prevention presentations to interested groups including schools, professional organizations, community groups, treatment programs, unions, employee assistance programs
- Consulted on original RFP and program development in 1981
- Conducted group at senior residence on compulsive behavior (alcohol, drugs, gambling)
- Individual relapse prevention work with recovering MICA clients
- Member, Medical Center Outreach Committee
- Lecturer, Family Addiction Series, Bayley Seton Hospital

June 1994 – December 1995
St. Vincent's Day Treatment Program, Staten Island, New York
**Counselor**

- Conducted groups for MICA clients (psycho-educational, assertiveness training, exercise and relaxation, stress reduction, relapse prevention, double recovery, anger management)
- Case management
- Member, Trauma Treatment Committee

Exhibit A

Block, Page 2

**Professional Activities**

- Founding Board Member, New York Council on Problem Gambling
- Past President, Board of Directors, New York Council on Problem Gambling
- Founding Member, Association of Problem Gambling Professionals, New York State
- Chairman, Gambling Curriculum Development Think Tank, NY State
- Presenter at New York, New Jersey and national conferences
- Member, State Assembly Task Force on Mental Health, appointed by Assemblyman Peter Rivera, Chair of Mental Health Committee
- Certified as trainer and supervisor of New York Gambling Treatment Counselor Certification Training

**Professional Memberships**

- New York Council on Problem Gambling
- National Council on Problem Gambling
- Compulsive Gambling Council of New Jersey
- Association of Professionals Treating Problem Gamblers, New York
- Association of Problem Gambling Professionals, New Jersey

**Certification**

- NYCGTC – New York Certified Gambling Treatment Counselor
- NYCGTS – New York Certified Gambling Treatment Supervisor
- NCGC – Nationally Certified Gambling Counselor
- CCGC – Certified Compulsive Gambling Counselor

**Education**

- B.A. in Sociology, Brooklyn College, 1968
- CAC courses (250 hours) St. John's University
- Relapse Prevention Certificate Course – CENAPS Institute